334 P.2d 759

Victor L. PETERSON, Plaintiff and Respondent,

v.

W. D. CALLISTER et al., Defendant and Appellant.

No. 8584.

Supreme Court of Utah.

Feb. 3, 1959.

For former opinion, see 6 Utah 2d 359, 313 P.2d 814.

Ralph J. Hafen, Monticello, W. D. Callister, Salt Lake City, for appellant.

F. Bennion Redd, Monticello, Frandsen & Keller, Price, for respondent.

PER CURIAM.

Subsequent to our decision in this case heretofore filed, 6 Utah 2d 359, 313 P.2d 814, a rehearing was granted. Having again heard arguments and given further consideration to the record and the authorities cited by the parties, the court is not disposed to change its position stated in the prior opinion.

Affirmed. Costs to respondent.